# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASCUNSION BRITO,  :  | | |
|     Plaintiff, : | CIVIL ACTION | |
| : | | |
| v. : | | |
| : | | |
| ANDREW SAUL, : | No. 19-2160 | |
|     Defendant. : | | |
| : | | |

## ORDER

AND NOW, on June 29, 2020, considering Plaintiff's Motion to Alter Judgment (doc. 30), the Commissioner's Response (doc. 31), and Plaintiff's Reply (doc. 32), Plaintiff's Motion is now DENIED in full for the reasons explained in the accompanying memorandum opinion.

BY THE COURT:

/s/ *Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE